IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:13CR106 |
| vs. | ) | ORDER |
| RUSSELL GLENN PIERCE, DAVID WILLIAM PEER, JOHN DOE # 3, JOHN DOE # 4, JOHN DOE # 5, WARREN TIDWELL, JOSHUA WELCH and THOMAS SPENCER, | ) | |
| Defendants. | ) | |

This matter is before the court on defendant Russell Glenn Pierce's motion for an extension of time to file pretrial motions, as amended (Filing Nos. 129 and 132). The government has filed a response to Pierce's request (Filing No. 133). Pierce's motion, as amended, for an extension of time to file pretrial motions will be granted. **Pierce and all co-defendants shall have to on or before January 9, 2014, in which to file pretrial motions**.

The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., **the time between December 9, 2013, and January 9, 2014**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

**IT IS SO ORDERED.**

DATED this 8th day of November, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge