IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>RUSSELL GLENN PIERCE<br>alk./a the user of IP Address<br>99.105.22.15 on November 22, 2012, and<br>December 3, 2012<br><br>DAVID WILLIAM PEER<br>a/k/a the user of IP Address<br>160.7.234.5 on December 5, 2012<br><br>JOHNDOE#3<br>alk./a the user of IP Address<br>70.192.67.119 on November 30, 2012<br><br>JOHNDOE#4<br>a/k/a the user ofiP Address<br>75.129.49.255 on November 19, 2012<br><br>JOHNDOE#5<br>alk/a the user of IP Address<br>76.31.31.115 on November 20, 2012, and<br>November 28, 2012<br><br>WARREN TIDWELL<br>a/k/a the user of IP Address<br>68.229.213.252 between<br>November 20, 2012 and December 8, 2012<br><br>JOSHUA WELCH<br>a/k/a the user of IP Address<br>68.105.63.31 on November 20, 2012,<br>and November 24, 2012<br><br>THOMAS SPENCER<br>alk./a the user of IP Address )<br>72.193.129.98 between November 25, 2012<br>and December 7, 2012<br>                       Defendants. | 8:13CR106<br><br>**ORDER** |

This matter comes on before the Court upon the United States' Motion to Dismiss Forfeiture Allegation (Filing No. 498). The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be sustained.

IT IS THEREFORE ORDERED as follows:

1. The United States' Motion to Dismiss Forfeiture Allegation is hereby sustained.

2. The Forfeiture Allegation of the Indictment is hereby dismissed.

Dated this 6th day of October, 2016.

BY THE COURT:

**JOSEPH F. BATALLION**
**Senior United States District Judge**